Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−13836−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Glatt Stephanie
   910 Castle Point Terrace
   Hoboken, NJ 07030

Social Security No.:
   xxx−xx−9846

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/15/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 16, 2018
JAN: rah

                  Jeanne Naughton
                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Glatt Stephanie
    Debtor

Case No. 18-13836-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 16, 2018
                        Form ID: 148     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.
```
db              +Glatt Stephanie,    910 Castle Point Terrace,    Hoboken, NJ 07030-5909
517388488       +HSBC Bank USA, National Association,    c/o MidFirst Bank,    999 NorthWest Grand Boulevard,
                  Oklahoma City, OK 73118-6051
517357475       +Hoboken FCU,    1115 Clinton Street,    Hoboken, NJ 07030-3201
517357476       +Midland Mtg/Midfirst,    Po Box 26648,    Oklahoma City, OK 73126-0648
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 16 2018 23:45:41     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 16 2018 23:45:35     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
```
                                                                                                      TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as trustee on
               behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-2
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jay B. Yacker    on behalf of Debtor Glatt    Stephanie jay@yackerglatt.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as trustee on
               behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-2
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
                                                                                                       TOTAL: 5